IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE C. CUYLER, JR.,

    **Plaintiff,**

v.                                     Case No. 4:13cv472-MW/CAS

DEPUTY PAUL PEEBLES,
DEPUTY DAVID PARKER,
DEPUTY DAN WILLIAMS,
and DEPUTY TOBY WARD,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 34. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' motion for summary judgment, ECF No. 26, is **GRANTED** on all claims. Plaintiff's motion for summary judgment, ECF No. 29, is **DENIED**.

1

The Clerk shall enter judgment in Defendants' favor.  The Clerk shall close the file.

**SO ORDERED on September 18, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
